KSC/06.09.25



AL: USAO#2025R00035



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. MJM 25 cr 172 |
| v. | (Possession with Intent to Distribute Controlled Substances, 21 U.S.C. § 841(a)(1) and (b)(1)(B); Forfeiture, 21 U.S.C. § 853) |
| TARONJAY FULLER, | |
| Defendant. | FILED UNDER SEAL |

## INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

On or about February 20, 2025, in the District of Maryland, the Defendant,

**TARONJAY FULLER,**

did knowingly and intentionally possess with the intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**TARONJAY FULLER,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property subject to forfeiture includes, but is not limited to:

   a. approximately $27,400 in U.S. currency seized pursuant to the execution of a search warrant on a white 2011 Lincoln MKX bearing Maryland registration 7DH9177 on or about February 20, 2025;

   b. approximately $13,951 in U.S. currency seized pursuant to the execution of a search warrant at 1477 Braden Loop, Glen Burnie, Maryland on or about February 20, 2025;

   c. a white 2011 Lincoln MKX, bearing Maryland registration 7DH9177 and VIN 2LMDJ8JKXBBJ26848; and

   d. approximately $1,144 in U.S. currency seized from the Defendant's person on or about February 20, 2025.

## Substitute Assets

4. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Kelly O. Hayes*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

6/11/25
Date